UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEBRA L. LARSEN,<br><br>          Plaintiff,<br><br>    v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security,<br><br>          Defendant. | CASE NO. C09-5618BHS<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

After reviewing defendant's motion for an extension of time to serve and file an Answer (Doc. 12), the motion is GRANTED. Defendant shall have until **February 4, 2010** to file an Answer to the Complaint.

DATED this 30th day of December, 2009.

/s/ J. Richard Creatura
J. Richard Creatura
United States Magistrate Judge

ORDER - 1