UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBRA LARSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:09-CV-5618-BHS-JRC<br><br>ORDER AMENDING THE<br>BRIEFING SCHEDULE |

Based on Defendant's motion, and noting that Plaintiff does not object, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

• Defendant shall have up to and including May 19, 2010, to file Defendant's responsive brief;

• Plaintiff shall have up to and including June 2, 2010, to file an optional reply brief; and

• Oral argument, if desired, shall be requested by June 9, 2010.

DATED this 7th day of April 2010.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

Page 1      ORDER - [3:09-CV-5618-BHS-JRC]