UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBRA LARSEN,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant. | Civil No. 3:09-CV-5618-BHS-JRC<br><br>ORDER AMENDING THE<br>BRIEFING SCHEDULE |

Based on Defendant's motion, and noting that Plaintiff does not object, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

• Defendant shall have up to and including June 9, 2010, to file Defendant's responsive brief;

• Plaintiff shall have up to and including June 23, 2010, to file an optional reply brief; and

• Oral argument, if desired, shall be requested by June 30, 2010.

DATED this 25th day of May 2010.

　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　ORDER - [3:09-CV-5618-BHS-JRC]