UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEBRA L. LARSEN,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

Case No. C09-5618BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 28). The Court having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The Report and Recommendation is **ADOPTED**;

(2)     The Administrative Law Judge's ("ALJ") decision is **REVERSED**; and

(3)     This matter is **REMANDED** to the Social Security Commissioner for an award of appropriate disability benefits in accordance with the Report and Recommendation.

DATED this 8th day of September, 2010.

                              BENJAMIN H. SETTLE
                              United States District Judge

ORDER