# United States District Court

WESTERN DISTRICT OF WASHINGTON

DEBRA L. LARSEN,

        v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

JUDGMENT IN A CIVIL CASE

Case No. C09-5618BHS

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)     The Report and Recommendation is **ADOPTED**;

(2)     The Administrative Law Judge's ("ALJ") decision is **REVERSED**; and

(3)     This matter is **REMANDED** to the Social Security Commissioner for an award of appropriate disability benefits in accordance with the Report and Recommendation.

| September 9, 2010 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                                                                   *s/Mary Trent*

                                                                 Deputy Clerk